**Laura HARRISON, Appellant,**

v.

**ABBOTT TRANSPORTATION, INC.; Abbott Parking, Inc., Appellees.**

**No. 05–3678.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 3, 2006.

Filed: Oct. 5, 2006.

Laura Harrison, Carter Lake, IA, pro se.

Donald P. Dworak, Gross & Welch, Abbott Transportation, Omaha, NE, for Appellees.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Laura Harrison appeals from the district court's[1] adverse grant of summary judgment on her claims against Abbott Parking, Inc. After carefully reviewing the parties' arguments on appeal, we conclude that the only issues Harrison raises are unavailing. *See* Fed.R.Civ.P. 56(e) (when motion for summary judgment is made and supported, adverse party's response, by affidavits or as otherwise provided in Fed. R.Civ.P. 56, must set forth specific facts showing that there is genuine issue for trial); *In re MidAmerican Energy Co.,* 286 F.3d 483, 487 (8th Cir.2002) (claims not raised in initial appeal brief are waived); *Glick v. Henderson*, 855 F.2d 536, 541 (8th Cir.1988) (there is no constitutional or statutory right to effective assistance of counsel in civil case; remedy for any ineffective assistance of counsel is suit against attorney for malpractice).

Accordingly, we affirm. *See* 8th Cir. Rule 47B.

District Judge for the District of Nebraska.

1. The Honorable Lyle E. Strom, United States